IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL ANGELL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 18-00388-CV-W-ODS |
| JOE KILOWATT INC., | ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to the Federal Rules of Civil Procedure, the parties hereby stipulate that this action is dismissed with prejudice. The parties shall bear his or its own costs.

Respectfully submitted this the 24th day of September, 2018.

| | |
|---|---|
| LG LAW LLC | KELLY LAW OFFICE, P.C. |
| /s/ Lewis M. Galloway | /s/ Mark E. Kelly |
| Lewis M. Galloway  MO No. 52417 | Mark E. Kelly  MO No. 33984 |
| 1600 Genessee St Ste 918 | 134 North Water St |
| Kansas City, MO 64102 | Liberty, MO 64068 |
| Telephone:   (816) 442-7002 | Telephone:   (816) 760-2000 |
| lewis@lglawllc.com | mkelly@kellylawoffice.legal |
| ATTORNEY FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANTS |