IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL ANGELL, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 18-00388-CV-W-ODS |
| JOE KILOWATT INC., | ) |
| Defendant. | ) |

ORDER DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE

On September 24, 2018, the parties filed a Stipulation of Dismissal with Prejudice. Doc. #14. Pursuant to the parties' stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the case is dismissed with prejudice with each party to bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATE: September 24, 2018

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT